O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. HANFORD,<br><br>    Petitioner,<br><br>    v.<br><br>JIM McDONALD, Sheriff,<br><br>    Respondent. | Case No. CV 19-1229-JGB (SP)<br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 22, 2019

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE